ment is reversed and a new trial granted, costs to abide the event.  Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

FRANK BRAINARD, Respondent, v. FIREMAN'S FUND INSURANCE COMPANY, Appellant.— Motion denied.  Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application for Temporary Letters of Administration, etc.  MARTHA E. DURBAN, Deceased.  In the Matter of the Contested Will of MARTHA E. DURBAN, Deceased.— Motion denied, without costs.  Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

JOSEPHINE KNAPP LESTER, Appellant, v. GEORGE B. LESTER, Respondent.— The order appealed from reverses the relations of the parties as determined by the judgment, and proposes a new life for the child, which will separate and divert her from her existing home influences, and attract her to new personalities and ways of living.  Her welfare requires that she should not be unsettled in her present, and settled in a new sphere, and in case of the reversal of the order, be subjected to another disturbance of her home, care and education.  In that view it is deemed prudent to stay the further operation of the order.  It is concluded that the child may remain with the father until December fifteenth, at which time she should be returned to the mother.  However, the appeal should be perfected and ready for argument during the January term, if that may be done by active diligence.  The order should be stayed and the disposition of the child should be as noted, and may be enforced by proper proceedings in case of non-compliance.  Motion granted as above stated.  Present — Thomas, Carr, Stapleton and Putnam, JJ.; Mills, J., not voting.

METROPOLITAN BY-PRODUCTS COMPANY, INC., Appellant, v. WILLIAM P. LANGEVIN, Respondent, Impleaded with ROGER P. DOYLE, Defendant.  (Appeal No. 2.) — Motion to resettle order granted, and resettled order signed.  Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

METROPOLITAN BY-PRODUCTS COMPANY, INC., Appellant, v. WILLIAM P. LANGEVIN and Another, Respondents, Impleaded with ROGER P. DOYLE and Others, Defendants.  (Appeal No. 1.) — Motion to resettle order granted, and resettled order signed.  Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

ROBERT GRAFTON, Appellant, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Judgment affirmed, with costs.  No opinion.  Carr, Stapleton, Mills and Rich, JJ., concurred; Thomas, J., not voting.

MARTIN HOURNEY, an Infant, by ELLEN HOURNEY, His Guardian ad Litem, Respondent, v. S. LIEBMANN'S SONS BREWING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

In the Matter of the Petition of DOROTHY ANDERSEN and HENRY SCHEIBEL, for an Intermediate and Judicial Settlement of Their Account as General Guardians of GEORGE H. LOEFFLER, an Infant.— Decree of the Surrogate's Court of Kings county affirmed, without costs.  No opinion.  Jenks, P. J., Thomas, Mills and Rich, JJ., concurred; Stapleton, J., voted to reverse.